

# Fourth Court of Appeals
## San Antonio, Texas

January 22, 2021

No. 04-20-00116-CR

Anton Jamail **HARRIS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR3427
Honorable Frank J. Castro, Judge Presiding

# O R D E R

Appellant's brief, due November 30, 2020, has not been filed. On December 11, 2020, we ordered the trial court to conduct a hearing to determine if appellant's counsel, Patrick Montgomery, had abandoned this appeal and to file written findings of fact and conclusions of law no later than December 30, 2020. On December 28, 2020, the trial court filed a letter asking us to extend its time to respond to our order to February 8, 2021. The trial court's request for an extension of time is GRANTED. We ORDER the trial court to file its written findings of fact and conclusions of law on or before **February 8, 2021**.

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of January, 2021.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court